# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID COLVIN,
               Appellant,
            vs.
THE STATE OF NEVADA,
               Respondent.

No. 69361

**FILED**

JAN 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a presentence motion to withdraw guilty plea. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

After the initial review of this appeal revealed a potential jurisdictional defect, we directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant's counsel has filed a response to our order, but has failed to demonstrate cause to allow this appeal to continue. An order denying a presentence motion to withdraw a guilty plea is not an appealable order; the decision may be challenged on appeal from the judgment of conviction. *See Hargrove v. State*, 100 Nev. 498, 686 P.2d 222 (1984). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-02983

cc:    Hon. Richard Scotti, District Judge
Alan J. Buttell & Associates
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk